**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

DWAYNE A. TUCKER,

    Petitioner,

v.

L.A. JONES, Acting Warden,

    Respondent.

CIVIL ACTION NO.: 2:17-cv-133

## O R D E R

Respondent has moved to dismiss Petitioner's action for habeas corpus relief. (Doc. 9.) The Court hereby **ORDERS** Petitioner to file any objections to Respondent's Motion to Dismiss, or to otherwise inform the court of his decision not to object to Respondent's Motion, within **fourteen (14) days** of the date of this Order. If Petitioner does not respond to Respondent's Motion within **fourteen (14) days**, the Court will determine that there is no opposition to the Motion and grant the Motion as unopposed.

Additionally, the Court **GRANTS** Respondent's Motion to Substitute Attorney. (Doc. 10.) Attorney Shannon H. Statkus shall be substituted as counsel for attorney Anica C. Jones on the docket of this case.

**SO ORDERED**, this 17th day of January, 2018.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA