# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DWAYNE TUCKER, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-133 |
| v. | * | |
| L.A. JONES, Acting Warden, | * | |
| Respondent. | * | |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with and **ADOPTS** the Magistrate Judge's Report and Recommendation, dkt. no. 15. Petitioner Dwayne Tucker ("Tucker") did not file Objections to the Report and Recommendation. Thus, the Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Tucker's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Tucker *in forma pauperis* status on appeal.

**SO ORDERED**, this 28 day of September, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)